## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SANDRA DINARDO A/K/A SANDRA AFFATATO, AS POWER OF ATTORNEY ON BEHALF OF COSMO DINARDO, | : | No. 62 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN KOHLER, M.D., HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM AND TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| SANDRA DINARDO A/K/A SANDRA AFFATATO, AS POWER OF ATTORNEY ON BEHALF OF COSMO DINARDO, | : | No. 63 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN KOHLER, M.D., HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM AND TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 27th day of July, 2022, the Petition for Allowance of Appeal is **GRANTED**.  The issue, consolidated into one question and rephrased for clarity, is:

Does the "no felony conviction recovery" rule preclude the award of any civil damages or relief where, as here, Petitioner alleges that he would not benefit or profit from his own criminal acts, but rather would be compensated for alleged medical malpractice relating to the crimes for which he pleaded guilty?